

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00148-CV

IN RE RAMON RUIZ

RELATOR

-----------

## ORIGINAL PROCEEDING

-----------

## ORDER

-----------

The court has considered relator's petition for writ of habeas corpus and is of the tentative opinion that relator is entitled to the relief sought or that a serious question concerning the relief requires further consideration. Thus, relator shall be immediately discharged on execution and filing of a bond in the amount of $500.00 and to be approved by the Sheriff of Denton County, Texas, pending a final determination of relator's petition for writ of habeas corpus and until otherwise ordered by this court.

The real party in interest shall file any response to relator's petition for writ of habeas corpus by **5:00 p.m. on Friday, May 10, 2013**.

Any reply shall be filed by **5:00 p.m. on Wednesday, May 15, 2013.** However, the court may consider and decide the case before a reply is filed. Tex. R. App. P. 52.5.

The clerk of this court is directed to transmit a copy of the order to the attorneys of record, the trial court judge, and the trial court clerk.

DATED April 30, 2013.

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00148-CV

IN RE RAMON RUIZ                                          RELATOR

---

### ORIGINAL PROCEEDING

---

## ORDER OF DISCHARGE ON WRIT OF HABEAS CORPUS

---

**TO THE SHERIFF OF DENTON COUNTY, TEXAS:**

Ramon Ruiz, relator has petitioned the Court of Appeals for the Second District of Texas for a writ of habeas corpus, alleging that he is illegally restrained of his liberty by you in Denton County, Texas by virtue of a writ of commitment from the 211th District Court of Denton County, Texas.

On Monday, April 29, 2013, the Court of Appeals for the Second District of Texas filed relator's petition and ordered as follows:

The court has considered relator's petition for writ of habeas corpus and is of the tentative opinion that relator is entitled to the relief

sought or that a serious question concerning the relief requires further consideration. Thus, relator shall be immediately discharged on execution and filing of a bond in the amount of $500.00 and to be approved by the Sheriff of Denton County, Texas, pending a final determination of relator's petition for writ of habeas corpus and until otherwise ordered by this court.

Therefore, you are commanded to immediately discharge relator if you take the bond of relator in the sum of $500.00 in the terms and conditions of law that he will abide by the decision of this court, which bond you will approve in your official capacity and forward to the clerk of this court.

Execute this order of discharge on writ of habeas corpus under the penalties prescribed by law.

ISSUED April 30, 2013.

ATTEST:_____
BOB MCCOY
JUSTICE

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Rose M. Stewart, Deputy Clerk

# RETURN

I waive formal service upon me of this order of discharge on writ of habeas corpus, and under the authorization and direction I have received from the clerk of the Court of Appeals for the Second District of Texas, I have discharged Ramon Ruiz, relator, from my custody upon taking, approving, and transmitting to the clerk the bond prescribed in the order of discharge on writ of habeas corpus.

Executed and returned to the court on this _____ day of _____, 20___.

_____

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-13-00148-CV

IN RE RAMON RUIZ                                    RELATOR

THE STATE OF TEXAS          )
                            )
DENTON COUNTY               )

## BOND

We, _____, as principal, and _____,

as surety, acknowledge ourselves bound to William B. Travis, Sheriff of Denton

County, Texas and his successors in office, in the sum of $500.00, conditioned

that if relator does not obey the orders of the court entered in this proceeding,

then this obligation shall be void; otherwise, it shall remain in force.

Signed this _____ day of _____, 20____.


_____
**[NAME], Principal**


_____
**[NAME], Surety**

Approved this ____ day of _____, 20___, William B.

Travis, Sheriff, Denton County, Texas.


WILLIAM B. TRAVIS, SHERIFF


By:_____
                    Deputy